UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROMY KENDALL,

    Plaintiff,

v.                                              Case No: 6:24-cv-1448-JSS-LHP

LENDINGPOINT LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

    Defendants.
_____/

## **ORDER**

    The court has been notified by Plaintiff's notices of settlement (Dkts. 30 & 32) that this case has been settled as to Defendants Experian Information Solutions, Inc. and LendingPoint LLC. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this case is **DISMISSED without prejudice** as to those Defendants, and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action as to the foregoing Defendants, upon good cause shown. After the sixty-day period, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate Experian and LendingPoint as parties to this case.

    **ORDERED** in Orlando, Florida, on October 28, 2024.

                                                                 JULIE S. SNEED
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record