UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROMY KENDALL,

    Plaintiff,

v.                                        Case No: 6:24-cv-1448-JSS-LHP

LENDINGPOINT LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

    Defendants.
_____/

## ORDER

The court has been notified by Plaintiff's notice of settlement (Dkt. 38) that this case has been settled as to Defendant Trans Union LLC, the last remaining Defendant. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this case is **DISMISSED without prejudice** as to Trans Union, and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action as to Trans Union, upon good cause shown. After the sixty-day period, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate Trans Union as a party to this case, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on November 7, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record